UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-CR-10345-DPW |
| | ) | |
| ANNE M. LYNCH, | ) | |
| Defendant | ) | |

DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF RELEASE
_____

Defendant, Anne M. Lynch, by and through undersigned counsel, respectfully moves this Court to modify her conditions of pre-trial release to permit her to maintain contact with one (1) long-time friend on matters unrelated to the pending Indictment.

As the Court knows, Ms. Lynch was arrested on August 21, 2019 and appeared before the Court that day for her initial appearance. At her initial appearance the Court released Ms. Lynch on an unsecured bond and entered an Order of Conditions including a condition that she "avoid all contact, directly or indirectly, with any person who is … a witness in the investigation or prosecution … identified by the government" (except family members). See Dkt. 11. However, the Court made clear that defendant would have the opportunity to object to the government's list after receipt of the list.

On August 29, 2019, the government provided a list of potential witnesses and victims in excess of fifty-one individuals to undersigned counsel, including one (1) individual (other than family members) who has been a long-time friend and two (2) accountants who have been preparing and filing Ms. Lynch's tax returns for many years. Subsequent to the receipt of the government's list, undersigned counsel conferred with the government to discuss a modification of the list. However, the government gave no quarter and absolutely refused to alter the list.

As a result, undersigned counsel contacted Ms. Lynch's accountants and is in the process of arranging, at great expense to Ms. Lynch, to have another accounting firm review and prepare her tax returns for calendar years 2017 and 2018.

However, Ms. Lynch is unwilling to agree to have no contact with one of her closest friends, E. K., while this matter is pending and respectfully requests the Court to intervene on her behalf. By way of background, Ms. Lynch has known about the government's investigation since at least October 2018. During this time, when she was not prohibited by any Court Order from discussing the investigation, she had ample opportunity to discuss the government's investigation with E.K. However, she did not do so. Indeed, had Ms. Lynch done so, it is likely that the government would know about it. The fact that she has not done so clearly indicates that Ms. Lynch can and will comply with an Order from this Court not to discuss the investigation or prosecution of this matter while it is pending. Any demand by the government beyond this restriction is unreasonable, unwarranted and downright punitive.

As the Court knows, Ms. Lynch is entitled to the presumption of innocence at this stage of the proceeding. The government should not be allowed to punish Ms. Lynch at this stage by preventing her from maintaining a decades-long friendship with E.K. just because the government believes it can do so or wants to do so.

WHEREFORE, Ms. Lynch respectfully requests the Court to modify its prior Order setting conditions of pre-trial release to permit Ms. Lynch to maintain contact with E.K. while this matter is pending on matters other than the investigation or prosecution of this case.

<u>REQUEST FOR A HEARING</u>

Ms. Lynch respectfully requests a hearing on this matter at the Court's earliest convenience.

                Respectfully submitted,
                For the Defendant,
                Anne M. Lynch
                By her attorneys:

                */s/ Scott P. Lopez*
                Scott P. Lopez, BBO # 549556
                LAWSON & WEITZEN, LLP
                88 Black Falcon Ave, Suite 345
                Boston, MA 02210
                617-439-4990 (tel.)
                617-439-3987 (fax)
                splopez@lawson-weitzen.com

Dated: September 21, 2019

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that I conferred with AUSA Kristina E. Barclay on September 19th and 20th, 2019 in a good faith attempt to resolve or narrow the issues in this motion.

                                          /s/ Scott P. Lopez
                                          Scott P. Lopez

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ *Scott P. Lopez*
                                          Scott P. Lopez